■ IRVING LUKOFF et al., Respondents, v JULELLA CAB CORP.

et al., Defendants, and RONALD SHERMAN et al., Appellants.—

In this action to recover damages for personal injuries to a passenger in a taxicab and for loss of consortium, there are factual issues presented regarding the nature of the ownership and control of both defendant Midland Service Company and Midland Operating Company, currently a non-party, which cannot be resolved on the present record. Among other factors, the contradictory statements of defendant Sherman at his deposition in a related action and in his affidavit in support of defendants-appellants' motion leave unanswered questions, which plaintiffs should be permitted to pursue in the course of their already noticed discovery in this action. Concur—Sullivan, J. P., Carro, Rosenberger, Kupferman and Rubin, JJ.